UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY M. AHART, | ) | CV F- 06-0503 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUESTS FOR JUDICIAL NOTICE |
| v. | ) | [Docs. 8, 9] |
| | ) | |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on May 1, 2006. On July 6, 2006 and July 13, 2006, plaintiff filed requests for judicial notice of the documents and evidence in other court files. "Judicial notice is an adjudicative device that alleviates the parties' evidentiary duties at trial, serving as a substitute for the conventional method of taking evidence to establish facts." York v. American Tel. & Tel. Co., 95 F.3d 948, 958 (10th Cir. 1996) (internal quotations omitted); see General Elec. Capital Corp. v. Lease Resolution Corp., 128 F.3d 1074, 1081 (7th Cir. 1997). "Matters may be judicially noticed in connection with pretrial motions as well as at trial." JUDGE ROBERT E. JONES ET AL., FEDERAL CIVIL TRIALS AND EVIDENCE § 8:935 (2002). At this juncture, there are no pre-trial dispositive motions pending and this matter has not yet been set for trial. Accordingly, plaintiff's request for judicial notice is premature.

IT IS SO ORDERED.

Dated:   September 1, 2006                        /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE